In The United States
District Court For The
Southern District of California



FILED
2008 MAY 21 PM 3:11
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY Rm DEPUTY

Gary B. Moore
 Plaintiff

v.

Calipatria State Prison
T. Ochoa, J Anaya
N. Grannis

Motion For Appointment of Counsel

Civil Action No. '08 CV 0904 IEG NLS

Pursuant to 28 U.S.C § 1915 (e)(1) plaintiff Gary B Moore moves for an order appointing counsel to represent him in this case. In support of this motion plaintiff states:

1) Plaintiff is unable to afford counsel. He has requested leave to proceed in forma pauperis.

2) Plaintiff's imprisonment will greatly limit his ability to litigate. The issues involved in this case are complex, and will require significant research and investigation. Plaintiff has limited access to the law library and limited know of the law. Plaintiff is in admin. segregation

3) A trial in this case will likely involve conflicting testimony, and counsel would better enable plaintiff to present evident and examine witnesses.

4) Plaintiff has made repeated efforts to obtain a lawyer, with negative results.

CR

Wherefore, plaintiff request that the court appoint counsel.

Dated May 19, 2008

*Gary B Moore*
Gary B Moore

P.O. Box 5002
Calipatria, CA. 92233