In the United States District Court
For the Southern District of California

Gary B Moore
　Plaintiff

v

Calipatria State Prison
T. Ochoa
J. Anaya
N. Grannis
　Defendants

Order To Cause For A Injunction
A Temporary Restraining order
Civil Action No.

FILED
'08 MAY 27 PM 2:17
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

08 CV 0904 IEG NLS

NUNC PRO TUNC
MAY 21 2008

　　Upon the Complaint, the supporting affidavits of plaintiffs, and the memorandum of law submitted herewith, it is:
　　Ordered, that defendants, [Calipatria State Prison, T. Ochoa, J. Anaya, N. Grannis] show cause in room ____ of United States Courthouse 880 Front Street, San Diego, CA. 92101-8900 on the day of ____, 2008, at ____ o'clock, why a preliminary injuction should not issue pursuant to Rule 65(a) of the Federal Rules of Civil Procedure enjoining the defendants, their successors in office, agents and employees and all other persons acting in concert and participation with them, from California

　　It is Further Ordered that effective immediately, and pending the hearing and determination of this order to show cause, the defendants [Calipatria State Prison, T. Ochoa, J. Anaya, N. Grannis] and each of their officers, agents, employers and all persons acting in concert or participation with them,

are restrained from putting [any inmate in the cell with me]

    It is Further Ordered that the Order to Show cause, and all other papers attached to this application, be served on the aforesaid Plaintiffs by

_____]

Dated:
United States District Judge