**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

**NOTICE OF DOCUMENT DISCREPANCIES**

**FILED**

**2008 JUL 24 AM 9:57**

Gonzalez
SOUTHERN DISTRICT OF CALIFORNIA

RM, DEPUTY

TO: ☑ U. S. DISTRICT JUDGE / ☐ U. S. MAGISTRATE JUDGE Gonzalez
FROM: R. Mullin, Deputy Clerk          RECEIVED DATE: 7/22/2008
CASE NO.: 08cv0904 IEG (NLS)   DOCUMENT FILED BY: Plaintiff
CASE TITLE: Moore v. Calipatria State Prison, et al
DOCUMENT ENTITLED: Order to Cause for a Injunction a Temporary Restraining Order

Upon the submission of the attached document(s), the following discrepancies are noted:

| ✓ | Local Rule | Discrepancy |
|---|---|---|
| ☐ | 5.1 | Missing time and date on motion and/or supporting documentation |
| ☐ | 5.3 | Document illegible or submitted on thermal facsimile paper |
| ☐ | 5.4 | **Document not filed electronically. Notice of Noncompliance already issued.** |
| ☐ | 7.1 or 47.1 | Date noticed for hearing not in compliance with rules/Document(s) are not timely |
| ☐ | 7.1 or 47.1 | Lacking memorandum of points and authorities in support as a separate document |
| ☐ | 7.1 or 47.1 | Briefs or memoranda exceed length restrictions |
| ☐ | 7.1 | Missing table of contents |
| ☐ | 15.1 | Amended pleading not complete in itself |
| ☐ | 30.1 | Depositions not accepted absent a court order |
| ☐ |  | Supplemental documents require court order |
| ☐ |  | Default Judgment in sum certain includes calculated interest |
| X |  | **OTHER: Motion already on file and denied (Docket #13).** To re-open case, Plaintiff must comply w/Ct's Order dated 7/21/08. |

Date forwarded: 7/23/2008

**ORDER OF THE JUDGE / MAGISTRATE JUDGE**

IT IS HEREBY ORDERED:

☐ The document is to be filed nunc pro tunc to date received.

☑ The document is NOT to be filed, but instead REJECTED. and it is ORDERED that the Clerk serve a copy of this order on all parties.

Rejected document to be returned to pro se or inmate? ☐ Yes.    Court Copy retained by chambers ☐

Counsel is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83.1

CHAMBERS OF: Judge Gonzalez

Dated: 7/23/08         By: KmB, PSLC
cc: All Parties

K:\COMMON\FORMS\CIVCRM35.WPD
Form # Civ/Crim 35 (4/98) -- [Document Discrepancy / Court Order]

In the United States District Court
For the Southern District of California

| | |
|---|---|
| Gary B Moore<br>Plaintiff<br><br>Perliminary<br>v<br>Sgt Catlett<br>T. Ochoa<br>J. Anaya<br>N. Grannis<br>Defendants | Order To Cause For A **REJECTED**<br><br>Injunction<br>A Temporary Restraining order<br>Civil Action No. 08-0904 IEG (NLS) |

Upon the Complaint, the supporting affidavits of plaintiffs, and the memorandum of law submitted herewith, it is:

Ordered, that defendants, [Sgt. Catlett, T. Ochoa, J. Anaya, N. Grannis] show cause in room ___ of United States Courthouse 880 Front Street, San Diego, CA. 92101-8900 on the day of ___, 2008, at ___ o'clock, why a preliminary injuction should not issue pursuant to Rule 65(a) of the Federal Rules of Civil Procedure enjoining the defendants, their successors in office, agents and employees and all other persons acting in concert and participation with them, from California

It is Further Ordered that effective immediately, and pending the hearing and determination of this order to show cause, the defendants [Calipatria State Prison, T. Ochoa, J. Anaya, N. Grannis] and each of their officers, agents, employers and all persons acting in concert or participation with them,