# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

## NOTICE OF DOCUMENT DISCREPANCIES

**FILED**

2008 JUL 24  AM 9:57

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

By_____ DEPUTY

TO: ☑ U. S. DISTRICT JUDGE / ☐ U. S. MAGISTRATE JUDGE Gonzalez

FROM: R. Mullin, Deputy Clerk     RECEIVED DATE: 7/22/2008

CASE NO.: 08cv0904 IEG (NLS)     DOCUMENT FILED BY: Plaintiff

CASE TITLE: Moore v. Calipatria State Prison, et al

DOCUMENT ENTITLED: Motion for Appointment of Counsel

Upon the submission of the attached document(s), the following discrepancies are noted:

| ✓ | Local Rule | Discrepancy |
|---|---|---|
| ☐ | 5.1 | Missing time and date on motion and/or supporting documentation |
| ☐ | 5.3 | Document illegible or submitted on thermal facsimile paper |
| ☐ | 5.4 | **Document not filed electronically. Notice of Noncompliance already issued.** |
| ☐ | 7.1 or 47.1 | Date noticed for hearing not in compliance with rules/Document(s) are not timely |
| ☐ | 7.1 or 47.1 | Lacking memorandum of points and authorities in support as a separate document |
| ☐ | 7.1 or 47.1 | Briefs or memoranda exceed length restrictions |
| ☐ | 7.1 | Missing table of contents |
| ☐ | 15.1 | Amended pleading not complete in itself |
| ☐ | 30.1 | Depositions not accepted absent a court order |
| ☐ |  | Supplemental documents require court order |
| ☐ |  | Default Judgment in sum certain includes calculated interest |
| X |  | **OTHER: Motion already on file and denied (Docket #13).** To re-open case, Plaintiff must comply w/ Ct. Order dated 7/21/08. |

Date forwarded: 7/23/2008

## ORDER OF THE JUDGE / MAGISTRATE JUDGE

IT IS HEREBY ORDERED:

☑ The document is to be filed nunc pro tunc to date received.

☑ The document is NOT to be filed, but instead REJECTED. and it is ORDERED that the Clerk serve a copy of this order on all parties.

Rejected document to be returned to pro se or inmate? ☐ Yes.    Court Copy retained by chambers ☐

Counsel is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83.1

CHAMBERS OF: Judge Gonzalez

Dated: 7/23/08     By: KMB, PSLC

cc: All Parties

K:\COMMON\FORMS\CIVCRM35.WPD
Form # Civ/Crim 35 (4/98) -- [Docuument Discrepancy / Court Order]

In The United States
District Court For The
Southern District of California

**REJECTED**

Gary B. Moore
    Plaintiff

v.

Sgt Catlett
T. Ochoa, J Anaya
N. Grannis

| Motion For
Appointment Of Counsel

Civil Action No. 08-0904 IEG (NLS)

Pursuant to 28 U.S.C § 1915(e)(1) plaintiff Gary B Moore moves for an order appointing counsel to represent him in this case. In support of this motion plaintiff states:

1) Plaintiff is unable to afford counsel. He has requested leave to proceed in forma pauperis.

2) Plaintiff's imprisonment will greatly limit his ability to litigate. The issues involved in this case are complex, and will require significant research and investigation. Plaintiff has limited access to the law library and limited know of the law. Plaintiff is in admin. Segregation

3) A trial in this case will likely involve conflicting testimony, and counsel would better enable plaintiff to present evident and examine witnesses.

4) Plaintiff has made repeated efforts to obtain a lawyer, with negative results.