UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

**NOTICE OF DOCUMENT DISCREPANCIES**

FILED
2008 JUL 24 AM 9:58
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___ DEPUTY

TO: ☑ U. S. DISTRICT JUDGE / ☐ U. S. MAGISTRATE JUDGE Gonzalez
FROM: R. Mullin, Deputy Clerk RECEIVED DATE: 7/22/2008
CASE NO.: 08cv0904 IEG (NLS) DOCUMENT FILED BY: Plaintiff
CASE TITLE: Moore v. Calipatria State Prison, et al
DOCUMENT ENTITLED: First Amended Complaint

Upon the submission of the attached document(s), the following discrepancies are noted:

| ✓ | Local Rule | Discrepancy |
|---|---|---|
| ☐ | 5.1 | Missing time and date on motion and/or supporting documentation |
| ☐ | 5.3 | Document illegible or submitted on thermal facsimile paper |
| ☐ | **5.4** | **Document not filed electronically. Notice of Noncompliance already issued.** |
| ☐ | 7.1 or 47.1 | Date noticed for hearing not in compliance with rules/Document(s) are not timely |
| ☐ | 7.1 or 47.1 | Lacking memorandum of points and authorities in support as a separate document |
| ☐ | 7.1 or 47.1 | Briefs or memoranda exceed length restrictions |
| ☐ | 7.1 | Missing table of contents |
| ☐ | 15.1 | Amended pleading not complete in itself |
| ☐ | 30.1 | Depositions not accepted absent a court order |
| ☐ | | Supplemental documents require court order |
| ☐ | | Default Judgment in sum certain includes calculated interest |
| X | | **OTHER: Document already on file.** a Dismissed per Order dated 7/21/08. Plaintiff must comply w/Ct. Order [Doc. No. 13] to re-open case. |

**Date forwarded:** 7/23/2008

**ORDER OF THE JUDGE / MAGISTRATE JUDGE**

**IT IS HEREBY ORDERED:**

☐ The document is to be filed nunc pro tunc to date received.

☑ The document is NOT to be filed, but instead REJECTED. and it is ORDERED that the Clerk serve a copy of this order on all parties.

Rejected document to be returned to pro se or inmate? ☐ Yes. Court Copy retained by chambers ☐

Counsel is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83.1

CHAMBERS OF: Judge Gonzalez

Dated: 7/23/08 By: KMB, PSLC

cc: All Parties

K:\COMMON\FORMS\CIVCRM35.WPD
Form # Civ/Crim 35 (4/98) -- [Docuument Discrepancy / Court Order]

Gary B Moore
(Name)
P.O. Box 5002
(Address)
Calipatria, CA. 92233
(City, State, Zip)
F 17016
(CDC Inmate No.)

REJECTED

# United States District Court
## Southern District of California

Gary B Moore,
(Enter full name of plaintiff in this action.)

Plaintiff,

v.

Sgt Catlett,
T. Ochoa,
J Amaya,
N. Grannis,
(Enter full name of each defendant in this action.)

Defendant(s).

Civil Case No. 08-0904 IEG (NLS)
(To be supplied by Court Clerk)

First Amended Complaint under the Civil Rights Act 42 U.S.C. § 1983

**A. Jurisdiction**

Jurisdiction is invoked pursuant to 28 U.S.C. § 1343(a)(3) and 42 U.S.C. § 1983. If you wish to assert jurisdiction under different or additional authority, list them below.

**B. Parties**

1. Plaintiff: This complaint alleges that the civil rights of Plaintiff, Gary B Moore (print Plaintiff's name), who presently resides at P.O. Box 5002 Calipatria State Prison (mailing address or place of confinement), were violated by the actions of the below named individuals. The actions were directed against Plaintiff at Calipatria State Prison (institution/place where violation occurred) on (dates) Since I arrived here in 2006 (Count 1), ________ (Count 2), and ________ (Count 3).